1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROMANO, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,<br><br>　　　　Defendant. | Case No. 2:23-cv-02838-CBM-PDx<br><br>(Hon. Consuelo B. Marshall)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [22] [JS-6]**<br><br>**[FRCP 41(a)(1)]**<br><br>(Filed concurrently with Stipulation] |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties, the above-entitled action is hereby |
| 3 | dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or |
| 4 | its own attorneys' fees and costs. |
| 5 | **IT IS SO ORDERED.** |

Dated: JANUARY 22, 2024



HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*Joseph Romano v. Life Insurance Company of North America*
*Case No. 2:23-cv-02838-CBM-PD*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Boulevard, Ste. 550, Los Angeles, CA 90067.

On **January 19, 2024**, I served the document(s) entitled, **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **January 19, 2024,** at Los Angeles, California.

_____
Lea Borys

1

# SERVICE LIST

*Joseph Romano v. Life Insurance Company of North America*
*Case No. 2:23-cv-02838-CBM-PD*

Glenn R. Kantor, Esq.
Peter S. Sessions, SBN: 193301
19839 Nordhoff Street
Northridge, California 91324
Email: gkantor@kantorlaw.net
         psessions@kantorlaw.net
*Attorneys for Plaintiff,*
*Joseph Romano*